FREIMAN LEGAL
LAWRENCE W. FREIMAN (288917)
100 Wilshire Boulevard, Suite 700
Santa Monica, California 90401
Telephone: (310) 917-1004
Facsimile:  (310) 300-2603
E-mail: lawrence@freimanlegal.com

Attorneys for Plaintiff CHESTER STEWART

WILSON TURNER KOSMO LLP
ELVIRA CORTEZ (275626)
NICOLE R. ROYSDON (262237)
402 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail: ecortez@wilsonturnerkosmo.com
E-mail: nroysdon@wilsonturnerkosmo.com

Attorneys for Defendant
TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER STEWART,<br><br>             Plaintiff,<br><br>        v.<br><br>TARGET CORPORATION; and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. 5:25-cv-02900-MEMF-PVC(x)<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**<br><br>**Original Complaint Filed**: September 22, 2025<br>**Removal Filed**: October 31, 2025<br>**Response Filed**: October 22, 2025 |

| | |
|---|---|
| Judge: | Maame Ewusi-Mensah Frimpong |
| Courtroom: | 8B |
| Magistrate: | Pedro V. Castillo |
| Courtroom: | 590 |
| Removal Filed: | October 31, 2025 |

-1-          Case No. 5:25-cv-02900-MEMF (PVCx)

ORDER GRANTING DISMISSAL OF ENTIRE ACTION

Before the Court is the Parties' Stipulation for Dismissal with Prejudice of the Entire Action ("the Stipulation"). Good cause appearing and pursuant to the Stipulation, the Court hereby ORDERS that the entire action be DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  May 20, 2026

Honorable Maame Ewusi-Mensah Frimpong
United States District Court

-2-      Case No. 5:25-cv-02900-MEMF (PVCx)

ORDER GRANTING DISMISSAL OF ENTIRE ACTION